BEN SCHWEITZER et al., appellants,

*v.*

PHILIP SCHNEIDER et al., respondents.

[Submitted April 5th, 1916. Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported *ante p. 88.*

Messrs. *Hudspeth & Rysdyk* (*Mr. Nathan Waxman,* of the New York bar, on the brief), for the appellants.

Messrs. *McDermott & Enright* (*Messrs. Hillquit & Levini,* of the New York bar, on the brief), for the respondents.

PER CURIAM.

The decree of the court of chancery is affirmed, for the reasons stated by the vice-chancellor in his opinion which is not to be taken as deciding that the funds in controversy were not charged with a trust in the hands of the respondents, as a superficial reading might indicate, but rather as defining the class of persons for whose benefit such trust exists, while denying that it exists for the benefit of a certain other class.

No. 26—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.

No. 27—

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.